FILED

JUN 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

BARRY J. PORTMAN
Federal Public Defender
JEROME MATTHEWS
Assistant Federal Public Defender
555 12th Street
Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant SHANENEE MYESIA PROSSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:07 CR 00154-OWW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHANENEE MYESIA PROSSER,

        Defendant.

No. ~~CR~~ (1:07-MJ-00133-SMS-1)

STIPULATION AND [~~PROPOSED~~]
ORDER CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT
DATE AND EXCLUSION OF TIME

OLD date: 6/8/07
New date: 6/22/07
1:30 pm
Judge Snyder

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to ~~Monday~~ *Friday*, June 22, 2007 at 1:30 p.m. for initial appearance/arraignment before the Duty Magistrate at the same location. The reason for the continuance is that the parties are discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT             - 1 -

1  to June 22, 2007, at 1:30 p.m. will allow time for the defense to complete its initial investigation and
2  determine whether the case may be transferred in conformity with Rule 20 of the Federal Rules of
3  Criminal Procedure. The parties stipulate that the time from June 8, 2007, to June 22, 2007, should
4  be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)
5  for continuity of counsel and for adequate preparation of counsel.

7  DATED: June 7, 2007

8  JEROME MATTHEWS
   Assistant Federal Public Defender

10 DATED: June 7, 2007

11 STANLEY BOONE
   Assistant United States Attorney

13 I agree to the stipulation set out above and promise to appear before the Duty Magistrate, on
14 June 22, 2007, at 1:30 p.m. as ordered by the Court.

17 SHANENEE MYESIA PROSSER

19 **ORDER**

20 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial
21 appearance/arraignment in this case, currently scheduled in the Eastern District of California on
23 Friday, June 6, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor,
24 Fresno, California, may be continued to ~~Monday~~ Friday, June 22, 2007, at 1:30 p.m. before the Duty
25 Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, for initial

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                - 2 -

appearance/arraignment.

IT IS FURTHER ORDERED that the time from June 8, 2007 to June 22, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 6/7/07

SANDRA M. SNYDER
United States Magistrate Judge

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                                -3-