BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street
Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant SHANENEE MYESIA PROSSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-CR-00154 OWW |
| Plaintiff, ) | [07-MJ-00133 SMS] |
| ) | |
| v. ) | STIPULATION CONTINUING |
| ) | APPEARANCE DATE AND |
| ) | EXCLUSION OF TIME |
| SHANENEE MYESIA PROSSER, ) | *New Date: 7/2/2007* |
| ) | *Time: 1:30 pm* |
| Defendant. ) | *Before: Judge Wanger* |

IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant's appearance in this case, currently scheduled in the Eastern District of California on Friday, June 22, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to July 2, 2007 at 1:30 p.m., for appearance before the District Judge at the same location. The reason for the continuance is that the parties recently concluded discussions of the feasibility of a Rule 20 disposition in the Northern District of California, the government has indicated that it is not amenable to such a disposition, and Ms. Prosser needs time to arrange her

*United States v. Prosser*, 1- 07-CR 00154
OWW
STIP. CONTINUING APPEARANCE         - 1 -

affairs and transportation to Fresno for her appearance.

The parties further stipulate that the time from June 22, 2007 to July 2, 2007 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

Dated: June 21, 2007

_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

DATED: June __, 2007

_____
STANLEY BOONE
Assistant United States Attorney

I agree to the stipulation set out above and promise to appear before United States District Judge Oliver W. Wagner on July 2, 2007, at 1:30 a.m., as ordered by the Court.

_____
SHANENEE MYESIA PROSSER

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that defendant's appearance in this case, currently scheduled in the Eastern District of California for Friday, June 22, 2007, at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to July 2, 2007, at 1:30 p.m., before United States District Judge Oliver W. Wagner.

IT IS FURTHER ORDERED that the time from June 22, 2007 to July 2, 2007, should be

*United States v. Prosser*, 1-07-CR 00154
OWW
STIP. CONTINUING APPEARANCE                                            - 2 -

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 6/22/07

_____
United States Magistrate Judge

*United States v. Prosser*, 1-07-CR 00154
OWW
STIP. CONTINUING APPEARANCE　　　　-3-