1  KATHERINE HART #76715
Attorney at Law
2  2055 San Joaquin
Fresno, Ca. 93721
3  Telephone: (559) 256-9800
Facsimile:  (559) 256-9798
4
Attorney for Defendant SHANENEE PROSSER
5

6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

| 10 | UNITED STATES OF AMERICA, ) | CASE NO. CR-F-07-0154 OWW |
|---|---|---|
| 11 | Plaintiff, ) | STIPULATION TO RESET DATE FOR SENTENCING |
| 12 | ) | |
| 13 | ) | Date previously set: 12/3/07 at 1:30 p.m. |
| 14 | v. ) | |
| 15 | SHANENEE PROSSER ) | New date requested: 12/10/07 at 1:30 p.m. |
| 16 | Defendant. ) | |

17

18      It is hereby stipulated between counsel for the government and counsel for
19  Defendant that the sentencing date previously set for December 3, 2007 at 1:30
20  p.m. be re-set to December 10, 2007, at 1:30 p.m.,  as counsel KATHERINE
21  HART is currently in trial in Fresno County Superior Court (Case F 06905971) in
22  a five-defendant special circumstance case.

23  DATE: November 27, 2007          /s/ Katherine Hart
                                     KATHERINE HART
24

25
    DATED: November 27, 2007         /s/  Stan Boone
26                                   ASSISTANT UNITED STATES
                                     ATTORNEY
27

28

ORDER

Based on the stipulation between counsel, and based on defense counsel's being occupied in a current trial in Fresno County Superior Court, it is hereby ordered that the sentencing date in the case of United States v. Shanenee Prosser, Case No. CR-F-07-0154 OWW be continued from December 3, 2007 to December 10, 2007 at 1:30 p.m..

IT IS SO ORDERED.

**Dated:   November 28, 2007**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

2