KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant SHANENEE PROSSER

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-07-0154 OWW |
| Plaintiff, ) | STIPULATION TO RESET DATE FOR SENTENCING |
| ) | |
| ) | Date previously set: 12/10/07 at 1:30 p.m. |
| v. ) | |
| ) | New date requested: 1/14/08 at 1:30 p.m. |
| SHANENEE PROSSER ) | |
| Defendant. ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for December 10, 2007 at 1:30 p.m. be re-set to January 14, 2008 at 1:30 p.m., as counsel KATHERINE HART is currently in trial in Fresno County Superior Court (Case F 06905971) in a five-defendant special circumstance case.

DATE: December 6, 2007           /s/ Katherine Hart
                                 KATHERINE HART


DATED: December 6, 2007          /s/  Stan Boone
                                 ASSISTANT UNITED STATES ATTORNEY

1 ORDER

2 Based on the stipulation between counsel, and based on defense counsel's being
3 occupied in a current trial in Fresno County Superior Court, it is hereby ordered
4 that the sentencing date in the case of United States v. Shanenee Prosser, Case No.
5 CR-F-07-0154 OWW be continued from December 10, 2007 to January 14, 2008
6 at 1:30 p.m..

8 IT IS SO ORDERED.

9 **Dated:   December 7, 2007**        **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

2