KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant SHANENEE PROSSER

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-07-0154 OWW |
| Plaintiff, ) | STIPULATION TO RESET DATE FOR SENTENCING |
| ) | |
| ) | Date previously set: 1/14/08 at 1:30 p.m. |
| v. ) | |
| SHANENEE PROSSER ) | New date requested: **1/22/08 at 1:30 p.m.** |
| Defendant. ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for January 14, 2008 at 1:30 p.m. be re-set to **January 22, 2008 at 1:30 p.m.**, as defendant resides in Oakland and is unable to secure transportation to court on January 14, 2008.

DATE: January 9, 2008          /s/ Katherine Hart
                                KATHERINE HART


DATE: January 9, 2008          /s/  Stan Boone
                                ASSISTANT UNITED STATES ATTORNEY

1 | ORDER

2 Based on the stipulation between counsel, and based on defendant's transportation
3 difficulties, it is hereby ordered that the sentencing date in the case of United States
4 v. Shanenee Prosser, Case No. CR-F-07-0154 OWW be continued from January
5 14, 2008 to January 22, 2008 at 1:30 p.m..

7 IT IS SO ORDERED.

8 **Dated:   January 9, 2008**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE