KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant SHANENEE PROSSER

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-07-0154 OWW |
| Plaintiff, ) | REQUEST TO POSTPONE SURRENDER DATE BY TWO WEEKS |
| ) | Date previously ordered: June 5, 2008 by 2:00 p.m. (Northern District) |
| v. ) | |
| SHANENEE PROSSER ) | New date requested: June 19, 2008 at 2:00 p.m. |
| Defendant. ) | |

TO THE HONORABLE OLIVER W. WANGER, JUDGE OF THE ABOVE-ENTITLED COURT AND TO ASSISTANT UNITED STATES ATTORNEY STANLEY BOONE:

Defendant SHANENEE PROSSER requests, through her counsel KATHERINE HART, that she be allowed to delay her surrender date from June 5, 2008 at 2:00 p.m., in the Northern District, where she resides, to June 19, 2008 at 2:00 p.m. in the Northern District.

Said request is based on the fact that PROSSER's daughter BRYNIKA

1

BUCKLY has a graduation ceremony from middle school on June 11, 2008 and a prom on June 6, 2008, and PROSSER wishes to attend these important functions with her child;

Attorney KATHERINE HART represents that PROSSER has remained in contact with HART even though the case was closed on January 31, 2008, and that the Presentence Report makes note of defendant's two children Brynika, age 13, and Taejah Houff, age 5, both of whom live with defendant. Attorney HART makes the further representation that she has spoken to both of defendant's children in the past, knows of their existence, and therefore believes that defendant's claim of a middle school graduation is credible.

Therefore it is requested, on behalf of the defendant, that the court orders the self-surrender in the Northern District for June 19, 2008.

.

DATE: May 8, 2008            /s/ Katherine Hart
                             KATHERINE HART


ORDER

IT IS HEREBY ORDERED AS FOLLOWS: That the surrender date for SHANENEE PROSSER be postponed from June 5, 2008 to June 19, 2008. Defendant is to self-surrender in the Northern District by 2:00 p.m. June 19th. **NO FURTHER CONTINUANCES WILL BE PERMITTED.**

DATED: May 15, 2008            /s/ OLIVER W. WANGER
                               OLIVER W. WANGER,
                               JUDGE OF THE EASTERN DISTRICT

2