KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant SHANENEE PROSSER

FILED

MAY 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  CASE NO. CR-F-07-0154 OWW
    Plaintiff, )
     ) REQUEST TO ALLOW
     ) PROBATION DEPARTMENT
     ) DISCRETION TO COLLECT
     ) PAYMENTS OF COURT-
     ) ORDERED RESTITUTION AND
     ) FINES; PROPOSED ORDER
    v. )
     )
SHANENEE PROSSER )
    Defendant. )

TO THE HONORABLE OLIVER W. WANGER, JUDGE OF THE ABOVE-ENTITLED COURT AND TO ASSISTANT UNITED STATES ATTORNEY STANLEY BOONE:

Defendant SHANENEE PROSSER requests, through her counsel KATHERINE HART, that she be allowed to make the lump sum payment of $2,623.00, as ordered in a judgment filed 2/1/2008, in installment payments. The Schedule of Payments listed on Page 6 of the judgment notes a "lump sum payment of $2,623.00 due immediately." The Federal Probation Office in the Northern District, which is supervising Defendant PROSSER, is taking the position that she

1

1  must make the payment immediately in full. Defendant has contacted her attorney,
2  KATHERINE HART, notifying HART that PROSSER was recently released from
3  custody and does not have any ability to make a lump sum payment of $2,623.00.
4  Federal Probation Officer SHAHEEN SHAN, of the Northern District, has told
5  HART that their office must have permission from the district court to collect
6  weekly, monthly or quarterly payments because the judgment shows $2,623.00 due
7  immediately. Federal Probation Officer SHAN, on May 6, 2009, insisted that their
8  District needed some authority from the Eastern District Court to modify the
9  collection procedure from anything other than a lump sum payment.

Assistant United States Attorney STANLEY BOONE objects to any modification of the lump sum payment on the grounds that if the defendant comes into possession of any assets, he wants the ability to collect the judgment in full.

Accordingly, defendant through her counsel requests that the court order the $2,623.00, consisting of $200.00 in fines and $,2,423.00 in restitution, to be paid as a lump sum payment, with the total amount due and owing, but that the Probation Office has the authority and discretion to collect payments from the defendant. Counsel HART has prepared a proposed order stating that the total amount of $2,623.00 is due and owed immediately, but that the Probation Department may collect restitution from the defendant on a monthly basis in an amount to be determined in the discretion of the Probation Department.

DATE: May 6, 2009    /s/ Katherine Hart
                     KATHERINE HART

### DECLARATION OF COUNSEL

I hereby declare under penalty of perjury as follows:

That the foregoing statements made in connection with the application for an adjustment of the payment schedule are true and accurate to the best of my

2

1  knowledge.

## ORDER

IT IS HEREBY ORDERED AS FOLLOWS: That the lump sum payment of $2,623.00 ordered 2/1/2006 in the case of U.S. v. Shanenee Myesia Prosser is due immediately; however the Federal Probation Office may collect such amount on an installment basis, and may use their discretion in determining the frequency and amount of the restitution and fine payments. The authority to collect payments shall not be construed as a modification of the lump sum judgment due and owing.

DATED: 5-6-09

_____
OLIVER W. WANGER,
JUDGE OF THE EASTERN DISTRICT

3